STATE OF NEW JERSEY v. FRANK BECK.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM D. REED.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST ROSS.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN MATTIS.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LUEVENNIA EDITH SALTERS.

October 8, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MARIO VERGARA.

October 8, 1976. Petition for certification denied.